DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
E-Mail: dcanderson@duanemorris.com
         tehafen@duanemorris.com

Attorneys for Plaintiff/Counter-Defendant
*U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSHUA MILONAS,<br><br>            Defendant.<br><br>JOSHUA MILONAS,<br><br>            Counter-Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, ZWICKER & ASSOCIATES, P.C.,<br><br>            Counter-Defendants. | CASE NO.: 2:25-cv-01194<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTER-DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

  Plaintiff/counter-defendant U.S. Bank National Association ("U.S. Bank"), by and through its counsel of record, the law firm of Duane Morris LLP, has requested an extension of time within which to answer, move or otherwise respond to the counterclaim in this matter and counter-plaintiff has agreed to this extension. This extension was requested to allow U.S. Bank's recently retained counsel to obtain and review relevant records and this file. Accordingly, pursuant to LR IA 6-1 and 6-2, IT IS

HEREBY STIPULATED by and among counsel and Mr. Milonas (*pro se*) that U.S. Bank's time to answer, move or otherwise respond to the counterclaim is extended through and including **July 14, 2025**.

This stipulation is filed in good faith and not intended to cause delay.

**DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
    Dominica C. Anderson (SBN 2988)
    Tyson E. Hafen (SBN 13139)

Attorneys for Plaintiff/Counter-Defendant
*U.S. Bank National Association*

By: /s/ *Joshua Milonas (w/ permission)*
    Joshua Milonas, In Proper Person

Defendant/Counter-Plaintiff
*Joshua Milonas*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/7/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I served via U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTER-DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO COUNTERCLAIM (FIRST REQUEST)**, postage prepaid, addressed to the Defendant as follows:

Joshua P. Milonas
1614 S. Maryland Parkway
Las Vegas, NV 89104
Email: Josh.milonas@gmail.com
*Defendant in proper person*

Sean M. Ambrose
Zwicker & Associates, P.C.
851 S Rampart Blvd, Suite 150
Las Vegas, NV 89145
Email: zanvlit@zwickerpc.com
*Attorneys for Counter-Defendant*
*Zwicker & Associates, P.C.*

/s/ Janice Reeder
An employee of Duane Morris LLP