UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank National Association, | Case No.: 2:25-cv-01194-JAD-MDC |
| Plaintiff | **Remand Order** |
| v. | |
| Joshua Milonas, | |
| Defendant | ECF No. 6 |
| Joshua Milonas, | |
| Counterclaimant | |
| v. | |
| U.S. Bank National Association; Zwicker & Associates, P.C., | |
| Counterdefendants | |

U.S. Bank National Association removed this action from state court based on Joshua Milonas's filing of counterclaims grounded in federal law. Pointing out that federal counterclaims cannot support removal, Milonas moves to remand.[1] U.S. Bank concedes that "upon further researching the issue," it does not disagree that remand is appropriate.[2] Because it does not appear that removal was proper, IT IS ORDERED that the Clerk of Court is directed to

---

[1] ECF No. 6. In his motion, Milonas makes a perfunctory request for an award of costs. Although costs can be recoverable under 28 U.S.C. § 1447(c) for improper removal, Milonas has not shown that he incurred any such costs, so an award of costs is denied.

[2] ECF No. 8 at 3.

**REMAND this case back to the Eighth Judicial District Court, Department 27, Case Number A-25-914749-C,** and CLOSE THIS CASE.

Dated: July 31, 2025

_____
U.S. District Judge Jennifer A. Dorsey